1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  ANDREW M. SCOBLE (CSBN 124940)
   Assistant United States Attorney
5
       450 Golden Gate Ave.
6      San Francisco, California 94102
       Telephone: (415) 436-7249
7      Fax: (415) 436-7234

8  Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14 UNITED STATES OF AMERICA,        )   No. CR 05-0375 SI
                                    )
15         Plaintiff,               )
                                    )
16     v.                           )   [PROPOSED] ORDER EXCLUDING
                                    )   TIME FROM SPEEDY TRIAL ACT
17 YUTA ARAI,                       )   CALCULATION
                                    )
18         Defendant.               )
                                    )
19                                  )

20

21

22     This matter came on for hearing before the Court on July 3, 2006. Defendant Yuta

23 Arai appeared with his counsel, George J. Cotsirilos, Jr. The United States appeared

24 through Assistant U.S. Attorney Barbara Silano.

25     The parties represented that the government has previously provided voluminous

26 discovery materials (according to the government, it includes more than 150,000 pages of

27 images, plus DVD's and CD-ROMs as well as videotapes) to other defense counsel for

28 other defendants charged in this and related cases. (The Court is familiar with the

1 underlying case, <u>United States v. Enrique Chan, et al.</u>, CR 05-0375 SI, which stemmed
2 from a wiretap investigation and involved numerous defendants.)   Defense counsel and
3 the defendant requested the continuance and agreed that a Speedy Trial Act exclusion is
4 appropriate under 18 U.S.C. § 3161(h)(8), based upon counsel's need to obtain and
5 review the discovery and become familiar with the case, and to allow adequate time to
6 prepare the case.
7    The next date for this case is August 28, 2006 at 3:30 p.m. before United States
8 District Judge Susan Illston.
9    Accordingly, THE COURT FINDS that a continuance from July 3, 2006 through
10 and including August 28, 2006 is appropriate, and that the ends of justice served by
11 granting such a continuance outweigh the best interest of the public and the defendant in a
12 speedy trial.  THE COURT FURTHER FINDS that failure to grant such a continuance
13 would deny the defendant and his counsel the reasonable time necessary for effective
14 preparation of the case (including review of the voluminous discovery), taking into
15 account the exercise of due diligence.  THE COURT THEREFORE ORDERS that the
16 period from July 3, 2006 through September 1, 2006 is excludible time within the
17 meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(iv)..

20 DATED: 8/28/06

HON. NANDOR VADAS
United States Magistrate Judge

ORDER EXCLUDING TIME                2